30 A.3d 1103

James WIMBERLY, Petitioner

v.

Jerry WALSH, Respondent.

No. 61 EM 2011.

Supreme Court of Pennsylvania.

Oct. 27, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Petition for an Immediate Hearing are **DENIED.**